IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JANE YAKAS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN BANK, U.S.A., N.A., predecessors, successors, and subsidiaries, and DOES 1–100, names and addresses currently unknown,<br><br>Defendants. | No. C 09-02964 WHA<br><br>**NOTICE REGARDING ORAL ARGUMENT ON DEFENDANT'S MOTION TO DISMISS** |

Oral argument on defendant's motion to dismiss is scheduled for November 12, 2009. At the oral argument, please inform the Court (1) how much plaintiff had already borrowed, if any, under the HELOC, when it was suspended; and (2) how much she paid in fees and when.

**IT IS SO ORDERED.**

Dated: November 9, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE