IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY J. YAKAS, on behalf of herself
and all others similarly situated,

    Plaintiff,

  v.

CHASE MANHATTAN BANK, U.S.A.,
N.A., predecessors, successors, and
subsidiaries, and DOES 1–100, names
and addresses currently unknown,

    Defendants.

No. C 09-02964 WHA

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND SETTING DEADLINE FOR FILING OF AMENDED COMPLAINT**

For the reasons stated at the hearing, defendant's motion to dismiss is **GRANTED**. Plaintiff shall plead her best case in an amended complaint, discussing all facts raised at the hearing that are not at present in the complaint. Plaintiff must file her amended complaint by **NOVEMBER 19, 2009**. Any motion to dismiss the amended complaint must be filed by **DECEMBER 3, 2009**.

**IT IS SO ORDERED.**

Dated: November 12, 2009.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE