IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GLUMAC, a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>DON TODD ASSOCIATES, INC., an entity of unknown form, and DOES 1 TO 100, inclusive,<br><br>  Defendants. | No. C 09-01442 WHA<br><br>**ORDER REQUESTING ADDITIONAL BRIEFING** |

The Court notes that the contract has an arbitration provision. Counsel shall please explain why plaintiff is entitled to a default judgment despite the arbitration provision. Please submit a brief by **NOON ON FRIDAY, JANUARY 29, 2010.**

**IT IS SO ORDERED.**

Dated: January 25, 2010

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE