RECEIVED
2010 MAR -9 P 3: 46
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DISTRICT OF CA.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY JANE YAKAS, et al.,

        Plaintiff,

v.

CHASE MANHATTAN BANK USA, N.A., et al.,

        Defendant.

CASE NO. 3:09-cv-02964-WHA

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Michael G. Salemi, whose business address and telephone number is Burke, Warren, MacKay & Serritella, P.C., 330 North Wabash Avenue, 22nd Floor, Chicago, Illinois 60611-3607, (312) 840-7000,

and who is an active member in good standing of the bar of the Supreme Court of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 10, 2010



IT IS SO ORDERED
Judge William Alsup