EXHIBIT A



# Loan Number Cover Sheet™



PETER T YAKAS



0002

Prepared by U634155 (SUSAN G HALL) on the 1/16/2009.
**CONFIDENTIAL AND PROPRIETARY TO JPMORGAN CHASE & CO.**
**For Internal Use Only - Do Not Duplicate**
? Copyright 2005 JPMorgan Chase & Co. All Rights Reserved.

CHASE- 00031

We hereby certify this to be a true copy of the original.
FIRST AMERICAN TITLE CO. OF ALAMEDA COUNTY.

# Chase Manhattan Bank USA, N.A.
# HOME EQUITY LINE OF CREDIT AGREEMENT AND DISCLOSURE STATEMENT

This is the Agreement (the "Agreement") governing your Home Equity Line of Credit ("Credit Account") with Chase Manhattan Bank USA, N.A. Read this Agreement carefully so that you know how your Credit Account works. As you read this Agreement remember that the terms "we," "us," and "our" refer to Chase Manhattan Bank USA, N.A. and to any other creditor to whom this Agreement is assigned. "You," "your," and "yours" refer to each person who signs this Agreement or has authority to use it. "Mortgage" means the mortgage, deed of trust or deed to secure debt you are giving us on your house or condominium. Your account, any amount you owe, and our Mortgage on your home may be sold or transferred to another creditor at anytime. If this happens, this Agreement and the Mortgage will remain in effect.

1. **WHAT IS YOUR HOME EQUITY LINE OF CREDIT?** It is a credit arrangement in which we make loans to you by advancing funds ("Advances") from your Credit Account at your direction, allowing you to repay such Advances and take additional Advances. You promise and agree to repay these Advances, any interest which accrues on them, and all other charges for which you are responsible under the terms of this Agreement.

2. **USING YOUR CREDIT ACCOUNT/MINIMUM INITIAL ADVANCE.** You may request Advances from your Credit Account by writing a Home Equity Line of Credit Check ("Draw Check") for the exact amount which you desire as long as it is in a minimum amount of $ 250.00 . We may refuse to honor request for advances below the minimum amount. You may also request advances at the closing by completing a loan request form or other form of authorization that we may require. You may take Advances for a period of 120 Monthly Statement Periods after the date your Credit Account is opened ("Advance Period"). After such Advance Period, you may not take further advances. Your principal balance will then be fixed and you will be required to repay it and any interest and other charges which accrue over the next 240 Monthly Statement Periods ("Repayment Period"). If you qualify, you may extend the Advance Period of your Credit Account. To qualify, you must submit a written request in a form acceptable to us at least six months prior to the scheduled termination of the Advance Period and you must meet extension requirements in effect at the time of the request.

If your Credit Limit, as described in Section 4 of this Agreement, is between $500,001 and $750,000 and you are not being asked to pay any Closing Costs as described in Section 10 of this Agreement, then you must take a minimum initial Advance on your Credit Account in an amount equal to or greater than $100,000. If your Credit Limit is $750,001 and above and you are not being asked to pay any Closing Costs as described in Section 10 of this Agreement, then you must take a minimum initial Advance on your Credit Account in an amount equal to or greater than $200,000.

A Monthly Statement Period is defined as successive intervals of approximately one month beginning on the date your Credit Account is opened and recurring regularly until your Credit Account is finally closed. Monthly Statement Periods occur regardless of whether there is a balance or any activity in your Credit Account or whether we have sent you a statement for the period. Your first Monthly Statement Period may be shorter than a month depending on when your Credit Account is opened.

3. **DRAW CHECKS.** You agree to notify us promptly if any of your Checks are lost or stolen. You also agree to cooperate with us or any law enforcement agency in any effort to investigate the circumstances surrounding the incident and efforts to minimize potential losses to you or us stemming from it. You are responsible for the unauthorized use of lost or stolen Draw Checks unless the law prohibits us from holding you liable.

4. **CREDIT LIMIT.** We have assigned a Credit Limit of $ 71,750.00 on your Credit Account. You may not request an Advance that would cause your unpaid balance to exceed your Credit Limit. We are not required to pay any item which would cause you to exceed the amount of your Credit Limit. If we do make the Advance, it does not mean your Credit Limit has been raised. We may require you to repay the amount over your Credit Limit at once. If you exceed your Credit Limit, you agree to pay a fee of $15, for each advance in excess of your Credit Limit.

5. **PROMISE TO PAY.** You promise to repay to us in U.S. Dollars all Advances charged to your Credit Account, plus finance charges and all other amounts due under this Agreement or the Mortgage. To avoid being in default, you must pay us at least the Minimum Payment (described below) by the "Payment Due Date" shown on each billing statement we will send to you. In any event, you promise to pay the balance of your Credit Account at the termination of this Agreement.

CHASE- 00032

**6. MINIMUM PAYMENT.** During the Advance Period, your monthly payments will be the amount of finance charge accrued plus credit life insurance premiums, if applicable, any fees and any amounts past due. You are not required, however, to obtain credit life insurance in connection with your Credit Account. After the Advance Period and during the Repayment Period, amounts sufficient to repay your unpaid principal balance over the number of months remaining in your Repayment Period will be added to your payment. If you have failed to pay real property taxes, assessments, ground rents (if any) or hazard insurance when due, we may require you to make monthly payments to us for all amounts necessary for taxes, assessments, ground rents (if any), or hazard insurance on the property ("Property"), as further described in the Open-End Mortgage (the "Mortgage") which was signed in connection with this Agreement.

**INTENTIONALLY LEFT BLANK**

CHASE- 00033

**7. FINANCE CHARGES.** FINANCE CHARGES begin to accrue on the day an Advance is charged to your Credit Account and continue until the outstanding balance on such Advance is paid in full. FINANCE CHARGES on your Credit Account will be determined by applying a daily periodic rate to the daily balance (as described below) of your Credit Account, an amount that will include current transactions. To calculate the daily balance, we take the beginning principal balance of your Credit Account each day, add any new Advances and subtract any payments or credits applied to this principal balance. This gives us the daily balance against which we apply your daily periodic rate. Then we add up all the daily interest accrued for the number of days in the Monthly Statement Period, which becomes the total FINANCE CHARGE for the Monthly Statement Period.

The daily periodic rate and its corresponding ANNUAL PERCENTAGE RATE on the date your Credit Account was opened ("Initial Rate") are .01229% Daily Periodic Rate and 4.500% corresponding ANNUAL PERCENTAGE RATE. The ANNUAL PERCENTAGE RATE does not include costs other than interest.

The daily periodic rate and its corresponding ANNUAL PERCENTAGE RATE are variable rates and therefore may increase or decrease on the first day of each calendar month based on changes in the Prime Rate. "Prime Rate" means the prime rate as published in the "Money Rates" table in The Wall Street Journal. We will use the highest Prime Rate if more than one is published. The Prime Rate is merely a pricing index. It is not intended, and you should not consider it, to represent the lowest or the best interest rate that we or affiliated organizations charge to any borrowers. An increase in the ANNUAL PERCENTAGE RATE and the daily periodic rate will result in a higher FINANCE CHARGE and higher minimum payments, while a decrease in those rates will result in a lower FINANCE CHARGE and lower minimum payments, assuming the same principal balance and number of days in the billing cycle.

If the daily periodic rate changes, it will be increased or decreased on the first day of each calendar month using the Prime Rate in effect on the preceding business day. We will determine your daily periodic rate by adding .500 percentage points to the Prime Rate and dividing the result by 365 (366 in leap years). We refer to this addition as the "Margin".

The first time or any subsequent time there is a change to your ANNUAL PERCENTAGE RATE, it may increase to 18%. At no time, however, will your ANNUAL PERCENTAGE RATE exceed 18%. Other than this cap there are no limits on the amount by which your ANNUAL PERCENTAGE RATE can change over the life of your Credit Account or on any individual date on which your ANNUAL PERCENTAGE RATE changes.

CHASE- 00034

8. **PAYMENTS.** All payments on your Credit Account must be made by check or money order delivered to us at the address indicated on your billing statement. Any payment may be returned without applying it to your Credit Account if the check or money order is: (1) not drawn on the U.S. Postal Service or a financial institution located in the United States of America; (2) not payable in U.S. Dollars; (3) drawn with different numeric and written amounts; (4) missing a signature; (5) postdated; or (6) unacceptable for any other reason. We may apply all payments and credits in accordance with our standard operating procedures and with the requirements of applicable law. Generally, your payments will be applied in the following order: credit insurance premiums which we have billed to you, interest which we have billed to you, late fees, other fees, principal, insurance premiums which have accrued but which have not yet been billed and interest which has accrued but which has not yet been billed.

We do not process payments on Saturdays, Sundays or bank holidays, and if the Payment Due Date falls on one of these days, you will incur an additional Finance Charge if your payment is not posted on or before the preceding bank business day. We can accept late payments, partial payments, checks or money orders marked "paid in full" or containing similar language without losing any of our rights under this Agreement. You agree to pay us $20 for each payment check or automatic debit to your account which is returned unpaid. You also agree to pay a fee of $ 5.00 per copy for providing photocopies of monthly statements or canceled Draw Checks.

9. **SECURITY INTEREST.** As a part of this transaction, you are granting us a Mortgage on the property, as further described in the Mortgage, which is located at

**1268 OAK KNOLL DR, CONCORD, CA 94521-5515**
(the "Property"). All of the terms and conditions of the Mortgage are very important and should be read in conjunction with this Agreement.

10. **COSTS FOLLOWING CLOSING.** As you maintain a Credit Account with us, you will incur other charges assessed under the Mortgage and this Agreement. For example, Closing Costs. Your closing costs are listed below. You may pay these costs in cash at the closing or charge them to your Credit Account as Advances.

| Item | Amount |
|---|---|
| Loan Origination Fee (Finance Charge) | 0.00 |
| Loan Discount (Finance Charge) | 0.00 |
| Appraisal Fee | 0.00 |
| Credit Report Fee | 0.00 |
| Mortgage Broker Fee (Finance Charge) | 0.00 |
| Attorney Review - Trust Documents (Finance Charge) | 0.00 |
| Flood Zone Certification Fee (Finance Charge) | 0.00 |
| Underwriting Fee (Finance Charge) | 0.00 |
| Processing Fee (Finance Charge) | 0.00 |
| Document Preparation Fee - Lender (Finance Charge) | 0.00 |
| Courier Fee - Lender (Finance Charge) | 0.00 |
| Courier Fee - Broker (Finance Charge) | 0.00 |
| Wire Fee - Lender (Finance Charge) | 0.00 |
| Wire Fee - Broker (Finance Charge) | 0.00 |
| Other Fee (Finance Charge) | 0.00 |
| Other Fee - Broker | 0.00 |
| Other Fee - Broker | 0.00 |
| Settlement or Closing Fee (Finance Charge) | 0.00 |
| Abstract or Title Search | 110.00 |
| Document Preparation Fee - Settlement Agent | 0.00 |
| Attorney's Fees | 0.00 |
| Title Insurance | 0.00 |
| UCC Preparation Fee | 0.00 |
| Recording/Filing Fees | 0.00 |
| City/County Tax/Stamps | 0.00 |
| State Tax/Stamps | 0.00 |
| Co-op Lien Search | 0.00 |
| Georgia Per Loan Fee | 0.00 |
| Survey | 0.00 |
| Survey Inspection | 0.00 |
| Lender's Insurance against loan defaults to St. Paul Medical Liability Insurance Company $25.00 POC | 0.00 |
| Mortgage Satisfaction Fee | 0.00 |
| 255 Affidavit Fee | 0.00 |
| **LESS AMOUNT PAID BY LENDER** | 110.00 |
| **AMOUNT DUE FROM BORROWER** | 0.00 |

CHASE- 00035

Any time as we may reasonably require, while you have the right to take Advances on your Credit Account, we may obtain an appraisal on the Property. You agree that you will cooperate with us in obtaining such an appraisal. The cost of the follow-up appraisal and other permitted third party charges will be treated as Advances under this Agreement, as allowed by applicable law.

11. **RELEASE.** We will release the Mortgage when all amounts due under the Mortgage and this Agreement have been paid. Before giving you a release, you will have to return all unused Draw Checks to us and wait until seven (7) business days after your account has been closed. When we discharge or release the Mortgage or any other documents recorded or filed to perfect our security interest in the Property, you shall pay us a release fee. If we record the release, you also agree to pay any recordation or filing costs charged by the recordation office. Recordation or filing costs are estimated $25.00 .

12. **LATE FEES.** If you do not make the full current Minimum Payment within 15 days after the date it is due, a late fee of 2.00 % of the current Minimum Payment will be charged.

13. **CREDIT LIFE AND CREDIT DISABILITY INSURANCE.** You may be offered the ability to purchase credit insurance covering your death, disability or unemployment. If offered, credit insurance is voluntary and is not required to obtain credit. If elected, you may terminate it at any time. Credit insurance will not be provided unless you sign or initial a separate document requesting such insurance. Premiums for any such insurance will be shown on such separate document and will be included in the amount billed to you each month.

14. **ANNUAL PARTICIPATION FEE.** You agree to pay us a non-refundable Annual Participation Fee of $ 20.00 during the Draw Period and any extension of the Draw Period. Unless you terminate your Credit Account and pay the outstanding balance, the Annual Participation Fee will be charged to your Credit Account annually during the Draw Period in the Monthly Statement Period ending in your anniversary month which we assign to your Credit Account.

15. **DEFAULT.** You will be in default if:
   a.) You engage in fraud or material misrepresentation at any time in connection with your Credit Account.

   b.) We do not receive the full amount of any minimum payment due in any monthly statement period within 60 days of its payment due date, or you fail to meet any of the repayment terms of Section 5 of this Agreement or as set forth in the Mortgage.

   c.) Your action or inaction adversely affects the Property or our rights in it. Examples of these actions and inactions include, but are not limited to circumstances in which:

   1. You are the sole borrower on this Credit Account and you die.
   2. The Property is used for an illegal purpose.
   3. You transfer or attempt to transfer all or part of your interest in the Property without our written consent.
   4. All or part of the Property is taken by condemnation or eminent domain.
   5. You are in default on any mortgage or lien on the Property.
   6. You fail to keep the Property properly insured.
   7. You fail to pay real property taxes and assessments on the Property when they are due.
   8. You fail to keep the Property properly maintained and in good repair.

   If you default, we have the right, at our option, to cancel your credit privileges, to require the immediate payment of the entire amount owed to us, and/or to cause your home to be sold at foreclosure sale. If we refer your account to an attorney for collection or foreclosure, you agree to pay our reasonable attorneys' fees as permitted by applicable law, but not to exceed 20 % of the amount owed, plus court costs and the costs related to foreclosure.

16. **CANCELLATION OF CREDIT PRIVILEGES.** We can refuse to make additional extensions of credit, or reduce your Credit Limit if:
   a.) The value of the Property declines significantly below its original appraised value for purposes of this Credit Account.

   b.) We reasonably believe you will not be able to meet the repayment requirements set forth in this Agreement due to a material change in your financial circumstances.

   c.) You fail to meet any material obligation you have under this Agreement.

CHASE- 00036

d.) You are in default under Section 15 above.

e.) Government action prevents us from imposing the **ANNUAL PERCENTAGE RATE** provided for in this Agreement.

f.) Government action impairs our security interest such that the value of our interest is less than 120 percent of your Credit Limit.

g.) A regulatory agency which supervises us has notified us that continued Advances would constitute an unsafe and unsound practice.

h.) You become the subject of a proceeding in bankruptcy.

i.) There is more than one borrower on this Credit Account, one of you dies, and that adversely affects our interest in the Property.

j.) The maximum **ANNUAL PERCENTAGE RATE** (or rate cap) is reached.

If we refuse to make additional Advances or reduce your Credit Limit under this provision, we may refuse to honor any requests for Advances, including those requests made before but presented to us after we made our decision. We will send you a written notice stating the reason for our action. If for any reason you believe your Credit Limit should be reinstated, you must send us a written request for reinstatement and include in the request the reasons why you believe your credit privilege or Credit Limit should be reinstated.

17. **FORECLOSURE.** The Mortgage signed in connection with this Agreement gives us certain rights to your property. The law gives us other rights you also agree to give us. If you default, we may foreclose on the Mortgage. This means that the real property covered by the Mortgage will be sold in order to pay the amount owed to us under this Agreement.

18. **RIGHT OF SETOFF.** If you are in default of this Agreement, we can apply any of your deposit or other credit balances or other property of yours with us towards payment of what you owe.

19. **INFORMATION.** You agree to provide us with updated financial information, in writing, if we request it. We may request a new credit report on you without telling you. If you ask, we will tell you the name and address of the consumer reporting agency that furnished it. We may furnish information about your performance under this Agreement to our affiliates and other persons.

You also agree to sign any additional or corrective documents in connection with this Agreement, at our request and as allowed by law.

20. **ASSUMPTION.** Someone buying your Property may not assume this loan on these terms.

21. **SENDING OF NOTICES.** Any statement or notice to you under this Agreement will be sufficiently given if sent to your address on file in connection with this account or to a new address of which you have notified us in writing at least 20 days before the sending of the statement or notice.

22. **AMENDMENT.** We may change the terms of this Agreement in accordance with the requirements of applicable law.

23. **DELAY IN ENFORCEMENT.** We may waive or delay enforcing our rights under this Agreement without losing them or relieving you of any of your obligations. We may waive or delay enforcing a right as to one of you without waiving it as to the others. We may release any security or any one of you from responsibility under this Agreement without releasing the others. We need not give anyone notice of our waiver, delay or release. We may sue any one of you without suing the others.

24. **OTHER RULES REGARDING DRAW CHECKS.** You may not use Draw Checks to make payments on your Credit Account. You agree that the Draw Checks we supply you with are our property and that you will return them to us at our request.

We are not responsible if anyone refuses to honor a Draw Check. We may honor postdated Draw Checks and are not responsible if we do so. We are not required to certify Draw Checks.

You may ask us to "stop payment" on a Draw Check. If you do, you must tell us the name of the payee, the amount, date and number of the Draw Check, and who signed it. We are not bound by a stop payment order unless we have a reasonable opportunity to act on it and will not be liable for failing to stop payment if we used ordinary care. You agree to indemnify us and will pay all costs and expenses we incur (including reasonable attorneys' fees) as a result of honoring your stop payment order. This survive any termination of this Agreement. You agree to pay a fee of $ 20.00 for each request to "stop payment" on a Draw Check, as allowed by applicable law.

CHASE- 00037

25. **LEGAL PURPOSES.** You may not use any Advances for purposes that violate any applicable federal, state or local laws or regulations.

26. **APPLICABLE LAW.** Except to the extent that federal law shall be controlling, your rights, our rights, and the terms of this Agreement shall be governed by Delaware law.

27. **JOINT ACCOUNT.** On a joint account each of you may use the Credit Account, but the total unpaid balance may not exceed the Credit Limit. Each of you is individually responsible for payment of the entire balance regardless of who actually requested the Advance. Each of you has the right, upon proper written notice to us, to have the Credit Limit reduced or to suspend the privilege of obtaining new Advances. We have five business days after receipt of your request to take action on it. A request to suspend the privilege of obtaining Advances, even if made only by one of you, will be effective against all of you who are eligible to obtain Advances under this Agreement. In order to restore the Credit Account, we may require financial information from all of you and may refuse to restore the Credit Account if you no longer qualify under the criteria then in effect for new Credit Accounts. Any request for reinstatement would have to be made by all of you, despite the fact that only one of you may have requested the suspension of Advances. You agree to indemnify us and hold us harmless, and will pay all costs and expenses we incur (including reasonable attorney's fees) as result of honoring the request made by any one of you under this provision.

28. **TAX CONSEQUENCES.** You acknowledge that we have given you no assurances that the interest paid on your Credit Account is tax deductible. You are urged to consult your own tax advisor concerning the deductibility of interest and other costs charged in connection with this Credit Account. The Internal Revenue Service requires you to furnish to us, the interest recipient, your tax payer identification number ("TIN") in order to verify any deduction for mortgage interest. Your failure to provide us with your TIN may subject you to a $50 penalty imposed by the Internal Revenue Service.

29. **DEED OF TRUST CONTAINS DUE ON SALE PROVISION.** In addition to the protections given to the Agreement Holder under this Agreement, a Deed of Trust dated the same date as this Agreement, protects the Agreement Holder from possible losses which might result if I do not keep the promises which I make in this Agreement. That Deed of Trust describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Agreement. Some of those conditions are described as follows:

> 14. Transfer of the Property. If all or any part of the Property or any interest in it is sold or transferred without our prior written consent, we may, at our option, require immediate payment in full of all sums secured by this Deed of Trust. However, this option shall not be exercised by us if exercise is prohibited by federal law as of the date of this Deed of Trust.

# YOUR BILLING RIGHTS
# Keep this Notice For Future Use

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

<u>Notify Us In Case of Errors or Questions About Your Bill</u>. If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address listed on your statement. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
   In your letter, give us the following information:
   -Your name and account number.
   -The dollar amount of the suspected error.
   -Describe the error and explain, if you can, why you believe there is an error.

If you need more information, describe the item you are not sure about.

- <u>Your Rights and Our Responsibilities After We Receive Your Written Notice</u>. We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your Credit Limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

CHASE- 00038

If we find that we made a mistake on your bill, you will not have to pay any finance charges related to the mistaken amount. If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within 10 days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question on your bill. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your bill was correct.

You agree to the terms and conditions contained in this Agreement and you acknowledge receipt of a completed copy of this Agreement and the informational and disclosure literature titled "Creditline Disclosure" and "When Your Home is on the Line".

WITNESS:

ACCEPTED AND AGREED TO:

_____

_____ 4/9/04
Borrower -
PETER T YAKAS

_____ 4/9/04
Borrower -
MARY JANE YAKAS

_____
Borrower -

_____
Borrower -

Dated: _____

CHASE- 00039