1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY J. YAKAS, on behalf of herself
and all others similarly situated,

       Plaintiff,

   v.

CHASE MANHATTAN BANK, U.S.A.,
N.A., predecessors, successors, and
subsidiaries, and DOES 1–100, names
and addresses currently unknown,

      Defendants.

_____/

No. C 09-02964 WHA

**ORDER SETTING HEARING
ON PLAINTIFF'S
DISCOVERY DISPUTE**

The Court is in receipt of plaintiff's letter of March 30, 2010, concerning a discovery

dispute and hereby **SETS** a further meet-and-confer on **MONDAY, APRIL 5 FROM**

**10:30 A.M.–1:00 P.M.** in the Attorney's Lounge on the eighteenth floor of the federal courthouse.

The Court will hold a hearing at 1:15 p.m. that same day to hear any remaining unresolved

issue(s). Please take notice that only those who personally participate in the further

meet-and-confer may argue at the hearing. Defendant's response is due by noon on April 2,

2010.

    **IT IS SO ORDERED.**

Dated: March 31, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE