IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY J. YAKAS, on behalf of herself and all others similarly situated,

    Plaintiff,

  v.

CHASE MANHATTAN BANK, U.S.A., N.A., predecessors, successors, and subsidiaries, and DOES 1–100, names and addresses currently unknown,

    Defendants.

No. C 09-02964 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

The Court is in receipt of plaintiff's letter of March 30, 2010, concerning a discovery dispute and hereby **SETS** a further meet-and-confer on **MONDAY, APRIL 5 FROM 10:30 A.M.–1:00 P.M.** in the Attorney's Lounge on the eighteenth floor of the federal courthouse. The Court will hold a hearing at 1:15 p.m. that same day to hear any remaining unresolved issue(s).  Please take notice that only those who personally participate in the further meet-and-confer may argue at the hearing.  Defendant's response is due by noon on April 2, 2010.

**IT IS SO ORDERED.**

Dated: March 31, 2010.

                    WILLIAM ALSUP
                    UNITED STATES DISTRICT JUDGE