IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JANE YAKAS, on behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN BANK USA, N.A., Predecessors, Successors, and Subsidiaries, and DOES 1–100, Names and Addresses Currently Unknown<br><br>Defendants.<br>_____ / | No. C 09-02964 WHA<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO STAY AND SCHEDULING STATUS CONFERENCE** |

Defendant Chase Bank USA, N.A. moves to shorten time for notice and hearing of its motion to stay proceedings in this matter pending a transfer decision from the MDL panel. Defendant Chase's motion for stay shall be heard on **APRIL 15, 2010, AT 8 A.M.** Plaintiff's response shall be due by **NOON ON APRIL 9, 2010.**

Plaintiff has requested a status conference to discuss possible class action settlement talks between defendants and certain non-party plaintiffs. This issue shall be addressed at the hearing on April 15.

**IT IS SO ORDERED.**

Dated: April 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE