IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY J. YAKAS, on behalf of herself
and all others similarly situated,

    Plaintiff,

  v.

CHASE MANHATTAN BANK, U.S.A.,
N.A., predecessors, successors, and
subsidiaries, and DOES 1–100, names
and addresses currently unknown,

    Defendants.

    /

No. C 09-02964 WHA

**ORDER SETTING HEARING
ON DEFENDANT'S
DISCOVERY DISPUTE**

The Court **SETS** a further meet-and-confer for counsel on **TUESDAY, APRIL 13, FROM 8:00–10:30 A.M.,** in the Court's jury room on the nineteenth floor of the federal courthouse. Any remaining unresolved issue(s) will be heard by the Court at a hearing at **10:30 A.M.** that same day. Please take notice that only those who personally participate in the further meet-and-confer may argue at the hearing. Plaintiff's response is due by noon on April 12.

**IT IS SO ORDERED.**

Dated: April 9, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE