IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY J. YAKAS, on behalf of herself
and all others similarly situated,

    Plaintiff,

  v.

CHASE MANHATTAN BANK, U.S.A.,
N.A., predecessors, successors, and
subsidiaries, and DOES 1–100, names
and addresses currently unknown,

    Defendants.

No. C 09-02964 WHA

**ORDER DENYING RELIEF REQUESTED IN LETTER DATED APRIL 9, 2010, AND VACATING HEARINGS**

    All depositions and discovery should go forward until the stay-pending-MDL motion is decided. The depositions and discovery will have to be done anyway and there is no harm in getting this step done. The 8:00 a.m. hearing concerning defendant's motion to stay proceedings and status conference set for April 15 will be decided on the papers due to the unavailability of the judge. Meanwhile, all depositions and discovery should continue as normal and the motion to stay them is **DENIED**. The further meet-and-confer and hearing on April 13 is hereby **VACATED**.

    **IT IS SO ORDERED.**

Dated: April 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE