IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JANE YAKAS, on Behalf of Herself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>   v.<br><br>CHASE MANHATTAN BANK USA, N.A., Predecessors, Successors, and Subsidiaries, and DOES 1-100, Names and Addresses Currently Unknown,<br><br>            Defendants. | No. C 09-02964 WHA<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR A STAY AND RESCHEDULING HEARING FOR CLASS CERTIFICATION** |

In this putative class action, defendant Chase Manhattan Bank moves to stay all proceedings till May 27, 2010, the day that the Judicial Panel on Multidistrict Litigation will determine whether to transfer this case. The motion is **DENIED** because even if this action is transferred, it will be that much further along with less work for the transferee judge to do. The main activity now is discovery. That has to be done at some point regardless of the MDL outcome. The motion for class certification, however, is more suitable for the transferee court to decide if this case is transferred. The hearing on that motion is therefore rescheduled to **THURSDAY JUNE 10, 2010, AT 8:00 A.M.**

   **IT IS SO ORDERED.**

Dated: April 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE