LANDSKRONER • GRIECO • MADDEN, LLC
JACK LANDSKRONER (*Pro Hac Vice*)
DREW LEGANDO (*Pro Hac Vice*)
1360 West 9th Street, Suite 200
Cleveland, OH  44113
Telephone:  216/522-9000
216/522-9007 (fax)
jack@lgmlegal.com
drew@lgmlegal.com

ROBBINS GELLER RUDMAN & DOWD LLP
FRANK J. JANECEK, JR. (156306)
CHRISTOPHER COLLINS (189093)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
frankj@rgrdlaw.com
chrisc@rgrdlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JANE YAKAS, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE MANHATTAN BANK USA, N.A., Predecessors, Successors, and Subsidiaries, and DOES 1-100, Names and Addresses Currently Unknown,<br><br>Defendants. | No. 09-cv-02964-WHA<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE<br><br>NO HEARING DATE |

WHEREAS, on October 15, 2009, this Court issued an order in the above-captioned action referring this matter to Magistrate Judge Joseph C. Spero for Mediation/Settlement.

WHEREAS, on October 15, 2009, at a hearing before this Court, Judge William Alsup expressed his admonition that no settlement discussions be held prior to the class certification hearing.

WHEREAS, on October 15, 2009, this Court issued an order scheduling any motion for class certification to be filed by March 25, 2010, on a normal 35-day briefing track.

1

WHEREAS, on October 28, 2009, Magistrate Judge Joseph C. Spero issued an order setting a Settlement Conference for June 2, 2010, approximately five weeks after the anticipated April 29, 2010, hearing date for Plaintiff's motion for class certification.

WHEREAS, on April 1, 2010, this Court issued an order scheduling the hearing on Plaintiff's motion for class certification for May 13, 2010.

WHEREAS, on April 13, 2010, this Court issued an order denying Defendant's motion to stay all proceedings until after the Judicial Panel on Multidistrict Litigation determines whether to transfer this case and rescheduled the hearing on Plaintiff's motion for class certification to June 10, 2010.

WHEREAS, counsel for Plaintiff and Defendant respectfully submit that good cause exists to vacate the existing June 2, 2010, Settlement Conference until such time as the Court has the opportunity to rule on Plaintiff's motion for class certification.

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between undersigned counsel for the parties, that the Settlement Conference scheduled for June 2, 2010, be vacated and rescheduled for a date that is not less than 30 days after the Court's ruling on Plaintiff's motion for class certification, or such other time as the Court shall determine to be appropriate.

DATED: May 19, 2010                        Respectfully submitted,

                                           LANDSKRONER • GRIECO • MADDEN, LLC

                                           s/Jack Landskroner
                                           JACK LANDSKRONER
                                           DREW LEGANDO
                                           1360 West 9th Street, Suite 200
                                           Cleveland, OH 44113
                                           Telephone: 216/522-9000
                                           216/522-9007 (fax)

                                           ROBBINS GELLER RUDMAN & DOWD LLP
                                           FRANK J. JANECEK, JR.
                                           CHRISTOPHER COLLINS
                                           655 West Broadway, Suite 1900
                                           San Diego, CA 92101
                                           Telephone: 619/231-1058
                                           619/231-7423 (fax)

                                           *Attorneys for Plaintiff*

|   |   |
|---|---|
| 1 | ROPERS, MAJESKI, KAHN & BENTLEY |
| 2 |   |
|   | s/George G. Weickhardt |
| 3 | GEORGE G. WEICKHARDT (SBN 58586) |
|   | WENDY C. KROG (SBN 257010) |
| 4 | 201 Spear Street, Suite 1000 |
|   | San Francisco, CA 94105-1667 |
| 5 | Telephone: (415) 543-4800 |
| 6 | Facsimile: (415) 972-6301 |
|   | Email: gweickhardt@rmkb.com |
| 7 | wkrog@rmkb.com |

LEANN PEDERSEN POPE
VICTORIA R. COLLADO
MICHAEL G. SALEMI
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash, 22nd Floor
Chicago, IL 60611
Telephone: (312) 840-7000
Fax: (312) 840-7900
Email: lpope@burkelaw.com
vcollado@burkelaw.com
msalemi@burkelaw.com
Admitted *Pro Hac Vice*

*Attorneys for Defendant*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 20, 2010.

_____
The Honorable William Alsup
Judge of the United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge William Alsup]*

2